# First District Court of Appeal
## State of Florida

_____

No. 1D2024-0693
_____

Jesus Meija Alvarenga,

   Appellant,

   v.

State of Florida,

   Appellee.

_____

On appeal from the Circuit Court for Leon County.
Joshua Hawkes, Judge.

January 22, 2026

Per Curiam.

   Affirmed.

Winokur, M.K. Thomas, and Treadwell, JJ., concur.

_**Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.**_

Jessica J. Yeary, Public Defender, and Kasey Lacey, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Christina Piotrowski, Assistant Attorney General, Tallahassee, for Appellee.